# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| L.F.P. IP, LLC, et al. | : | Case No. 1:09cv913 |
| Plaintiffs, | : | (Judge W. Bertelsman) |
| vs. | : | |
| | : | **PLAINTIFFS' NOTICE OF** |
| HUSTLER CINCINNATI, INC., | : | **DEPOSITION OF JIMMY R.** |
| | : | **FLYNT, SR.** |
| Defendant. | : | |

TO:  Jimmy R. Flynt, Sr.
c/o Robert W. Hojnoski, Esq.
REMINGER CO., LPA
525 Vine Street, Suite 1700
Cincinnati, OH  45202

PLEASE TAKE NOTICE that pursuant to Rules 28, 30 and 32 of the Federal Rules of Civil Procedure, Plaintiffs will take the oral deposition of Jimmy R. Flynt beginning on Wednesday, September 22, 2010 at 10:00 a.m., at the United States Courthouse for the Eastern District of Kentucky, 35 West Fifth Street, Covington, KY  41012, before a person authorized by law to administer oaths.  The deposition will be recorded by any method authorized under the Civil Rules, including stenographic and video recording, and will be subject to continuance or adjournment until complete.

Respectfully submitted,

/s/ Mark A. Vander Laan
Mark A. Vander Laan (0013297)
E-Mail: mark.vanderlaan@dinslaw.com
Amanda P. Lenhart (0072517)
E-Mail: amanda.lenhart@dinslaw.com
Robert M. Zimmerman (0079584)
Email: robert.zimmerman@dinslaw.com
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax: (513) 977-8141

**Attorneys for Plaintiffs
LFP, Inc. and L.F.P. IP, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been duly served upon the following by the Court's CM/ECF system this 7th day of September, 2010:

Robert W. Hojnoski, Esq.
Carrie A. Masters, Esq.
REMINGER CO., LPA
525 Vine Street, Suite 1700
Cincinnati, OH 45202
Email: rhojnoski@reminger.com
cmasters@reminger.com

**Attorneys for Defendant
Hustler Cincinnati, Inc.**

/s/ Mark A. Vander Laan

2