UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **L.F.P. IP, LLC, et al.,** | : | **CASE NO.: 1:09CV913** |
| **Plaintiffs,** | : | **Judge Bertelsman** |
| | | **Magistrate Judge Wehrman** |
| vs. | : | |
| **HUSTLER CINCINNATI, INC.,** | : | **AGREED ORDER EXTENDING DEADLINE TO SUBMIT PROPOSED** |
| **Defendant.** | : | **FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| | : | **REGARDING PRELIMINARY INJUNCTION HEARING** |
| | : | |

\*\*\*\*\*\*\*\*\*\*

By agreement of the parties and with the Court's consent, the parties' deadline to submit proposed Findings of Fact and Conclusions of Law in connection with the evidentiary hearing currently scheduled for October 12 and 14, 2010 as to Plaintiffs' Motion for Preliminary Injunction, is extended to October 1, 2010. The parties' pretrial memoranda and exhibit lists will also be filed on or before said date. This Order modifies the Court's September 3, 2010 Order (Doc. 36).

**IT IS SO ORDERED.**

*J. GREGORY WEHRMAN*
United States Magistrate Judge

Have seen and agreed:

/s/ Mark A. Vander Laan
Lead trial counsel for Plaintiffs


/s/ Robert W. Hojnoski
Robert W. Hojnoski
Lead trial counsel for Defendant