## L.F.P. IP, LLC, et al v. HUSTLER CINCINNATI, INC.
### Case No. 1:09-cv-913

### PLAINTIFFS' EXHIBIT LIST

| EX.# | DESCRIPTION | DATE | BATES # | IDENTIFIED/ADMITTED |
|---|---|---|---|---|
| 1. | Hustler Cincinnati Royalty/Licensing Activity | 2004-January 2010 | LFP 0001 | |
| 2. | CONFIDENTIAL:  Larry Flynt Revocable Trust Companies Summary | 2004-2010 | LFP 0002-0015 | |
| 3. | CONFIDENTIAL:  License Agreement Between LFP Publishing Group, LLC and Tight Candy Pty Ltd. | December 2007 | LFP 0056-0067 | |
| 4. | CONFIDENTIAL:  License Agreement Between L.F.P., Inc. and CBDM Redlands, LLC | February 1, 2002 | LFP 0068-0079 | |
| 5. | CONFIDENTIAL:  License Agreement Between L.F.P., Inc. and D.V.II-Shreveport, LLC | February 1, 2002 | LFP 0080-0091 | |
| 6. | CONFIDENTIAL:  License Agreement Between LFP Casino IP, LLC and El Dorado Enterprises, Inc. d/b/a "Hustler Casino" | March 15, 2007 | LFP 0092-0103 | |
| 7. | CONFIDENTIAL:  License Agreement Between LFP Publishing Group, LLC and HDV-Dallas, LLC | 2007 | LFP 0105-0140 | |
| 8. | CONFIDENTIAL:  Master License Agreement Between LFP IP, LLC and HML Holding, LLC | November 1, 2009 | LFP 0141-0161 | |
| 9. | CONFIDENTIAL:  License Agreement Between L.F.P., Inc. and Totally Titanium of Hawaii, Inc. | February 1, 2002 | LFP 0205-0214 | |
| 10. | CONFIDENTIAL:  License Agreement Between LFP Publishing Group, LLC and WDV Talent Agency, LLC | June 1,2007 | LFP 0215-0226 | |
| 11. | CONFIDENTIAL:  License Agreement Between LFP Publishing Group, LLC and Las Vegas Entertainment, LLC | September 1,2006 | LFP 0227-0276 | |
| 12. | CONFIDENTIAL:  License Agreement Between LFP IP, LLC and HH-Fort Lauderdale, LLC | December 1, 2006 | LFP 0277-0283 | |
| 13. | CONFIDENTIAL:  License Agreement Between LFP IP, LLC and Hustler Sunset, LLC | December 1, 2006 | LFP 0284-0290 | |
| 14. | CONFIDENTIAL:  License Agreement Between LFP IP, LLC and HH-Miami Beach, LLC | December 1, 2006 | LFP 0291-0297 | |

| 15. | CONFIDENTIAL: License Agreement Between LFP IP, LLC and HH-St. Louis, LLC | December 1, 2006 | LFP 0298-0304 | |
|-----|---|---|---|---|
| 16. | CONFIDENTIAL: License Agreement Between LFP IP, LLC and HH-Tempe, LLC | December 1, 2006 | LFP 0305-0311 | |
| 17. | Trademarks Assignment (L.F.P., Inc. to LFP Publishing Group, LLC and attached is<br><br>Trademarks Assignment (LFP Publishing Group, LLC to LFP IP, LLC | July 17, 2003<br><br>October 19, 2006 | LFP 0312-0315<br><br>LFP 0316-0319 | |
| 18. | Service Marks Principal Register for Hustler Hollywood;<br>Trademark Principal Register for Hustler Video;<br>Trademark Principal Register for Hustler;<br>Trademark Principal Register for Hustler | February 15, 2000<br><br>January 21, 2003<br>February 25, 2003<br>February 2, 1988 | LFP 0320<br><br>LFP 0321<br>LFP 0322<br>LFP 0323 | |
| 19. | Letter from Jonathan W. Brown to Robert W. Hojnoski re: Intellectual Property Infringement: HUSTLER® | November 9, 2009 | LFP 0324-0326 | |
| 20. | License Agreement Between L.F.P., Inc. and Hustler Cincinnati, Inc. | November 1, 2004 | LFP 0327-0332 | |
| 21. | Letter from Michael H. Klein to Hustler Cincinnati, Inc. re: HUSTLER Royalty-Notice of Non-Payment | September3, 2009 | LFP 0333 | |
| 22. | Letter from Michael H. Klein to Hustler Cincinnati, Inc. - Notice of Termination | September 14, 2009 | LFP 0334-0335 | |
| 23. | Letter from Jonathan W. Brown to Robert W. Hojnoski re: Intellectual Property Infringement: HUSTLER® | November 9, 2009 | LFP 0336-0339 | |
| 24. | Photos of Hustler Cincinnati store | September 10, 2009, December 7, 2009 | LFP 0340-0344 LFP 0345-0349 | |
| 25. | Letter from Jonathan W. Brown to Caleb K. Sawyer and Torrance L. Hampton re: HUSTLER Trademark Infringement | April 9, 2010 | LFP 0429-0430 | |
| 26. | Letters regarding Hustler Trademark infringement | Various Dates | LFP 0431-0449 | |
| 27. | Copy of Check to L.F.P. Inc. from Hustler Cincinnati, Inc. and<br>Deposit Slip for $159,600 | February 24, 2005<br><br>March 7, 2005 | LFP 0476 | |
| 28. | Hustler Cincinnati list of invoice dates, numbers, amounts, payments received and balance | No Date | LFP 0528 | |

| | | | |
|---|---|---|---|
| 29. | CONFIDENTIAL: License Agreement (Hustler Hats & Bags) Between LFP IP, LLC and LFP Apparel, LLC | May 25, 2010 | LFP 0529-0550 |
| 30. | CONFIDENTIAL: License Agreement Between LFP IP, LLC and LFP Apparel, LLC | January 1, 2008 | LFP 0551-0565 |
| 31. | CONFIDENTIAL: License Agreement (Hustler Home Décor Items) Between LFP IP, LLC and LFP Apparel, LLC | October 1, 2009 | LFP 0566-0592 |
| 32. | CONFIDENTIAL: License Agreement Between L.F.P., Inc. and JR286, Inc. | February 21, 2001 | LFP 0593-0620 |
| 33. | CONFIDENTIAL: License Agreement Between Licensing Essentials Pty Ltd. and LFP Apparel, LLC | December 20, 2005 | LFP 0621-0635 |
| 34. | CONFIDENTIAL: License Agreement Between International Intimates, Inc. and LFP Apparel, LLC | February 28, 2006 | LFP 0636-0662 |
| 35. | CONFIDENTIAL: License Agreement Between LFP IP, LLC and LFP Apparel, Inc. | August 23, 2007 | LFP 0663-0696 |
| 36. | CONFIDENTIAL: License Agreement Between L.F.P. Inc. and Silver Moon Creations, Inc. | December 9, 2005 | LFP 0697-0712 |
| 37. | 1978 Agreement | June 1, 1978 | LFP 1121-1126 |
| 38. | CONFIDENTIAL: License Agreement Between LFP IP, LLC and LFP Apparel, LLC | March 1, 2008 | LFP 1127-1147 |
| 39. | CONFIDENTIAL: License Agreement Between LFP IP, LLC and LFP Apparel, LLC | July 2007 | LFP 1182-1201 |
| 40. | CONFIDENTIAL: License Agreement Between L.F.P., Inc. and 1560 N. Magnolia Avenue, LLC | February 1, 2002 | LFP 1367--1378 |
| 41. | CONFIDENTIAL: License Agreement Between L.F.P., Inc. and Bob Martin, Inc. | February 1, 2002 | LFP 1391-1402 |
| 42. | CONFIDENTIAL: Amendment to Agreement of June 30 ,2003 Between L.F.P., Inc. and CEC Wireless Corporation | January 2005 | LFP 1415-1416 |
| 43. | CONFIDENTIAL: License Agreement Between L.F.P., Inc. and Déjà vu-Cheetah's | February 1, 2002 | LFP 1424-1435 |
| 44. | CONFIDENTIAL: License Agreement Between L.F.P., Inc. and Déjà Vu Showgirls-Washington Park, LLC | February 1, 2002 | LFP 1448-1460 |
| 45. | CONFIDENTIAL: License Agreement Between LFP Publishing Group, LLC and DV Kalamazoo, LLC | May 2006 | LFP 1473-1484 |

| | | | |
|---|---|---|---|
| 46. | CONFIDENTIAL: License Agreement Between L.F.P., Inc. and Déjà Vu Showgirls of Hammond, Inc. | December 2004 | LFP 1497-1509 | |
| 47. | CONFIDENTIAL: License Agreement Between L.F.P., Inc. and HDV-Cleveland, LLC | April 2005 | LFP 1523-1534 | |
| 48. | CONFIDENTIAL: Exhibit B to Preorganization Agreement - License Agreement Between L.F.P., Inc. and H.D.V.-Greektown, LLC | No Date | LFP 1571-1645 | |
| 49. | CONFIDENTIAL: License Agreement Between L.F.P., Inc. and HDV-Manhattan, LLC | No Date | LFP 1646-1715 | |
| 50. | CONFIDENTIAL: License Agreement Between L.F.P., Inc. and Hustler Hollywood (UK) Limited | June 25, 2003 | LFP 1758-1771 | |
| 51. | CONFIDENTIAL: Trademark License Agreement | No Date | LFP 1816-1824 | |
| 52. | CONFIDENTIAL: License Agreement Between L.F.P., Inc. and Parish H.D.V., LLC | July 1, 2002 | LFP 1907-1918; 1920-2072 | |
| 53. | CONFIDENTIAL: License Agreement Between L.F.P., Inc. and S.A.W. Entertainment Limited | February 1, 2002 | LFP 2094-2115 | |
| 54. | CONFIDENTIAL: License Agreement Between LFP Publishing Group, LLC and Pacers, Inc. | No Date | LFP 2555-2566 | |
| 55. | State of California Secretary of State Statements of Information | April 26, 2010 | LFP 2759-2773 | |
| 56. | State of California Secretary of State Statements of Information | April 21, 2009 | LFP 2774-2788 | |
| 57. | State of California Secretary of State Statements of Information | September 23, 2008 | LFP 2824-2825 | |
| 58. | Email from info@texasadultcasting.com to Jonathan W. Brown re: Texasadultcasting.com | July 27, 2010 | LFP 2826-2827 | |
| 59. | Letter from Paul J. Cambria to Frank de clerck re: Copyright Infringement at 222.imagefap.com | April 15, 2008 | LFP 2828-2829 | |
| 60. | Letter from Paul J. Cambria, Jr. to Brian Wagner re: Trademark Infringement | October 23, 2008 | LFP 2830-2831 | |
| 61. | Letter from Paul J. Cambria to Andrej Luft re: Trademark Infringement | January 7, 2008 | LFP 2832-2833 | |
| 62. | Letter from John P. Hains to Douglas J. Erwin re: Copyright Infringement By Theplanet.com | August 27, 2008 | LFP 2834-2840 | |
| 63. | Letter from Paul J. Cambria, Jr. to Christopher J. Lenahan re: Trademark Infringement | July 24, 2008 | LFP 2841-2842 | |

| 64. | Letter from Paul J. Cambria, Jr. to Kenneth J. Breedlove re: Hustler Hollywood Party at Billy Bombays | October 31, 2008 | LFP 2843-2844 | |
|-----|-----|-----|-----|-----|
| 65. | Letter from Paul J. Cambria to Rick F. Welch re: Trademark Infringement | May 16, 2008 | LFP 2845 | |
| 66. | Letter from William M. Feigenbaum to Ray Bartlett re: Hustler Gentlemen's Club | December 7, 2009 | LFP 2846-2847 | |
| 67. | Letter from William M. Feigenbaum to Carmen Allred re: Fraudulent Solicitation - "Hustler Tryouts" | April 23, 2010 | LFP 2848-2849 | |
| 68. | Letter from Jeffrey F. Reina to Fritz Peterson re: LFP Video Group, LLC | September 9, 2010 | LFP 2850-2851 | |
| 69. | Letter from Jonathan W. Brown to David Scott re: hustlerlingerie-direct.com | November 12, 2009 | LFP 2852-2853 | |
| 70. | Letter from Jonathan W. Brown to 1&1 Internet, Inc. re: Hustler® Trademark Infringement | April 13, 2010 | LFP 2854-2855 | |
| 71. | Letter from Paul J. Cambria, Jr. to Howard Mauskopf re: Strippers and Hustlers Ball; strippersandhustlersball.com | June 27, 2008 | LFP 2856-2857 | |
| 72. | Letter from Jonathan W. Brown to COSTALFILM re: "Hustler Productions" | November 12, 2009 | LFP 2858-2859 | |
| 73. | Letter from Paul J. Cambria, Jr. to Grant Media, LLC re: Trademark Infringement - HUSTLER CLUB | October 24, 2006 | LFP 2860-2861 | |
| 74. | Copies of Checks From Hustler Cincinnati, Inc. to L.F.P., Inc. | Various Dates | LFP 2885-2918 | |
| 75. | Copies of Checks From Hustler Hollywood-Ohio, Inc. top L.F.P., Inc. | Various Dates | LFP 2919-2924 | |
| 76. | Fax Confirmation and copy of check from Hustler Hollywood-Ohio, Inc. to L.F.P., Inc. | March 25, 2003 | LFP 2925-2927 | |
| 77. | Email from Allie Jackson III to Henry Nguyen re: July 2005 Affiliate Royalty Report | August 5, 2005 | LFP 2928 | |
| 78. | Email from Allie Jackson III to Henry Nguyen re: May Affiliate Royalty | June 9, 2005 | LFP 2929 | |
| 79. | Email from Allie Jackson III to Henry Nguyen re: June 2005 Royalty | July 7, 2005 | LFP 2930 | |
| 80. | Email from Allie Jackson III to Henry Nguyen re: Royalty for March 2005 | April 11, 2005 | LFP 2931 | |

| 81. | Email from Allie Jackson, III to Henry Nguyen re: Actual Royalty for February 2005 | March 9, 2005 | LFP 2932 | |
|---|---|---|---|---|
| 82. | Email from Allie Jackson III to Henry Nguyen re: Monroe February Royalty Expense | March 10, 2005 | LFP 2933 | |
| 83. | Age Receivable Report for Hustler Hollywood Ohio, Hustler Cincinnati, Inc. and Lakeville Properties as of 02/28/03 | March 31, 2003 | LFP 2934-2938 | |
| 84. | April Aging for Cincinnati and Lakeville Property as of 04/30/06 | May 17, 2006 | LFP 2939-2944 | |
| 85. | Age Receivable Reports for 07/05 for Hustler Cincinnati, Inc., Lakeville Properties, Inc., Hustler Hollywood Ohio, Hustler Lexington | August 22, 2005 | LFP 2945-2952 | |
| 86. | Age Receivable Reports for 02/05 for Hustler Cincinnati, Inc., Lakeville Properties, Inc., Hustler Hollywood Ohio, Hustler Lexington | May 13, 2005 | LFP 2953-2958 | |
| 87. | Age Receivable Reports for 02/05 for Hustler Cincinnati, Inc., Lakeville Properties, Inc., Hustler Hollywood Ohio, Hustler Lexington | March 22, 2005 | LFP 2959-2964 | |
| 88. | 12/04 and 01/05 Age Receivable reports for Hustler Cincinnati, Inc., Lakeville Properties, Inc., Hustler Hollywood Ohio, Hustler Lexington | February 18, 2005 | LFP 2965-2970 | |
| 89. | Age Receivable Reports for 11/30/04 for Hustler Cincinnati, Inc., Lakeville Properties, Inc., Hustler Hollywood Ohio, Hustler Lexington | December 27, 2004 | LFP 2971-2976 | |
| 90. | Age Receivable Reports for 10/31/04 for Hustler Cincinnati, Inc., Lakeville Properties, Inc., Hustler Hollywood Ohio, Hustler Lexington | November 23, 2004 | LFP 2977-2982 | |
| 91. | Age Receivable Reports for 08/04 for Hustler Cincinnati, Inc., Lakeville Properties, Inc., Hustler Hollywood Ohio, Hustler Lexington | September 29, 2004 | LFP 2983-2988 | |
| 92. | Age Receivable Reports for 07/04 for Hustler Cincinnati, Inc., Lakeville Properties, Inc., Hustler Hollywood Ohio, Hustler Lexington | August 31, 2004 | LFP 2989-2993 | |
| 93. | Age Receivable Reports for 05/04 for Hustler Cincinnati, Inc., Lakeville Properties, Inc., Hustler Hollywood Ohio, Hustler Lexington | June 24, 2004 | LFP 2994-2999 | |

| | | | |
|---|---|---|---|
| 94. | Age Receivable Reports for August 31 ,2003 for Hustler Cincinnati, Inc., Lakeville Properties, Inc., Hustler Hollywood Ohio | September 10, 2003 | LFP 3000-3004 |
| 95. | Age Receivable Reports for July 31, 2003 for Hustler Cincinnati, Inc., Lakeville Properties, Inc., Hustler Hollywood Ohio | August 28, 2003 | LFP 3005-3009 |
| 96. | Age Receivable Reports for June 30, 2003 for Hustler Cincinnati, Inc., Lakeville Properties, Inc., Hustler Hollywood Ohio | July 18, 2003 | LFP 3010-3014 |
| 97. | Age Receivable Reports for May 2003 for Hustler Cincinnati, Inc., Lakeville Properties, Inc., Hustler Hollywood Ohio | July 1, 2003 | LFP 3015-3019 |
| 98. | Fax Confirmation - Copy of Check from Hustler Hollywood-Ohio, Inc. to L.F.P., Inc. | March 25, 2003 | LFP 3020-3022 |
| 99. | Age Receivable Reports for March 2003 for Hustler Cincinnati, Inc., Lakeville Properties, Inc., Hustler Hollywood Ohio | April 14, 2003 | LFP 3023-3027 |
| 100. | Age Receivable Reports for 01/31/03 for Hustler Cincinnati, Inc., Lakeville Properties, Inc., Hustler Hollywood Ohio | February 18, 2003 | LFP 3028-3032 |
| 101. | Age Receivable Reports for April 2003 for Hustler Cincinnati, Inc., Lakeville Properties, Inc., Hustler Hollywood Ohio | May 30, 2003 | LFP 3033-3037 |
| 102. | Corporate Structure Chart per Department | August 5, 2010 | LFP 3038-3044; 3046-3047; 3049-3051; 3054 |
| 103. | General Ledgers and Reports and Inquiry | | LFP 3055-3070 |
| 104. | State of California Secretary of State Statements of Information | April 26, 2010 | LFP 3071-3085 |
| 105. | State of California Secretary of State Statements of Information | April 21, 2009 | LFP 3086-3100 |
| 106. | State of California Secretary of State Statements of Information | September 23, 2006 | LFP 3137-3138 |
| 107. | Copy of Check from HH-Entertainment, Inc. to Jimmy Flynt | January 11, 2005 | LFP 3139-3141 |
| 108. | Superior Court of California Notice of Hearing - | March 13, 1984 | LFP 3142-3149 |

| | Conservatorship | | | |
|---|---|---|---|---|
| 109. | Superior Court of California Petition for Appointment of Conservator of the Estate | March 12, 1984 | LFP 3150-3160 | |
| 110. | Memorandum in the United States Court of Appeals for the Ninth Circuit *LFP, Inc. v. Jimmy R. Flynt* and *Jimmy R. Flynt v. LFP, Inc., et al.* | December 2, 1987 | LFP 3161-3173 | |
| 111. | Final Judgment (Proposed ) in the United States District Court, Central District of California *LFP, Inc., et al. v. Jimmy R. Flynt* | October 9, 1986 | LFP 3174-3175 | |
| 112. | Judgment in the United States District Court, Central District of California *LFP, Inc., et al. v. Jimmy R. Flynt* and *Jimmy R. Flynt v. LFP, Inc., et al.* | August 20, 1985 | LFP 3176-3178 | |
| 113. | Findings of Uncontroverted Facts and Conclusions of Law in the United States District Court, Central District of California *LFP, Inc., et al. v. Jimmy R. Flynt* and *Jimmy R. Flynt v. LFP, Inc., et al.* | February 12, 1986 | LFP 3179-3211 | |
| 114. | Declaration of Jimmy R. Flynt | March 11, 1984 | LFP 3212-3217 | |
| 115. | Consulting Agreement by and among Jimmy R. Flynt, LFP, Inc., and Larry C. Flynt | Date Illegible | LFP 3218-3242 | |
| 116. | Assignment of Mini Clubs of America, Inc. to Hustler Magazine, Inc. | December 23, 1974 | LFP 3274-3276 | |
| 117. | Articles I-IV of L.F.P., Inc. | July 13, 1982 | LFP 3277-3283 | |
| 118. | Assignment of Trademark | December 31, 1984 | LFP 3284-3289 | |
| 119. | Certificate of Amendment of Articles of Incorporation of Trefoil Capital Corporation of California, Inc. | March 4, 1986 | LFP 3290-3291 | |
| 120. | Letter from Ron N. Dreben to Honorable Commissioner of Patents and Trademarks | March 27, 1992 | LFP 3292-3297 | |
| 121. | Letter from Ron N. Dreben to Honorable Commissioner of Patents and Trademarks | April 2, 1992 | LFP 3298-3305 | |
| 122. | U.S. Department of Commerce Patent and Trademark Office - Trademark Application Schedules and Trademark Registration Schedules | May 10, 1995 | LFP 3306-3314 | |
| 123. | U.S. Department of Commerce Patent and Trademark Office - Trademark Registrations | June 20, 2001 | LFP 3315-3321 | |
| 124. | Trademark Assignment | July 17, 2003 | LFP 3322-3329 | |

| 125. | Trademark Assignment | October 19, 2006 | LFP 3330-3337 | |
|------|---------------------|------------------|---------------|---|
| 126. | Hustler Cincinnati, Inc. Profit & Loss for January-December 2003 | | LFP 3338-3339 | |
| 127. | Hustler Cincinnati, Inc. FC1-P&L for 2004 | | LFP 3340-3343 | |
| 128. | Hustler Cincinnati Cash Flow & Balance Sheet for 2004 | | LFP 3344-3350 | |
| 129. | Hustler Cincinnati Cash Flow & Balance Sheet for 2003 | | LFP 3351 | |
| 130. | Hustler Cincinnati, Inc. Balance Sheet as of December 31, 2003 | | LFP 3352-3353 | |
| 131. | Hustler Hollywood-Ohio, Inc. Cash Flow & Balance Sheet for 2004 | | LFP 3354-3359 | |
| 132. | Hustler Hollywood-Ohio, Inc. FC1-P&G for 2004 | | LFP 3360-3363 | |
| 133. | Hustler Hollywood-Ohio, Inc. Cash Flow & Balance Sheet for 2004 | | LFP 3364 | |
| 134. | Hustler Cincinnati, Inc. Profit & Loss for January 2003-December 2003 | | LFP 3365-3366 | |
| 135. | Hustler Cincinnati, Inc. FC1-P&L for 2005 | | LFP 3367-3370 | |
| 136. | Hustler Cincinnati Cash Flow & Balance Sheet for 2005 | | LFP 3371-3376 | |
| 137. | Hustler Cincinnati Cash Flow & Balance Sheet for 2005 | | LFP 3377 | |
| 138. | Hustler Cincinnati, Inc. Balance Sheet as of December 31, 2003 | | LFP 3378-3379 | |
| 139. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3380-3381 | |
| 140. | Hustler Cincinnati, Inc. FC1-P&L for 2005 | | LFP 3382-3385 | |
| 141. | Hustler Cincinnati Cash Flow & Balance Sheet for 2005 | | LFP 3386-3391 | |
| 142. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3392 | |
| 143. | Hustler Cincinnati, Inc. Profit & Loss for January-December 2003 | | LFP 3393-3394 | |
| 144. | Hustler Cincinnati, Inc. FC1-P&L for 2005 | | LFP 3395-3398 | |
| 145. | Hustler Cincinnati Cash Flow & Balance Sheet for 2005 | | LFP 3399-3404 | |

| | | | |
|---|---|---|---|
| 146. | Hustler Cincinnati Cash Flow & Balance Sheet for 2005 | | LFP 3405 | |
| 147. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3406-3407 | |
| 148. | Hustler Cincinnati, Inc. FC1-P&L for 20005 | | LFP 3408-3411 | |
| 149. | Hustler Cincinnati Cash Flow & Balance Sheet | | LFP 3412-3417 | |
| 150. | Hustler Cincinnati Cash Flow & Balance Sheet | | LFP 3418 | |
| 151. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3419-3420 | |
| 152. | Hustler Cincinnati, Inc. FC1-P&L 2005 | | LFP 3421-3424 | |
| 153. | Hustler Cincinnati Cash Flow & Balance Sheet for 2005 | | LFP 3425-3431 | |
| 154. | Hustler Cincinnati Cash Flow & Balance Sheet for 2005 | | LFP 3432 | |
| 155. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3433-3434 | |
| 156. | Hustler Cincinnati, Inc. FC1-P&L for 2005 | | LFP 3435-3438 | |
| 157. | Hustler Cincinnati Cash Flow & Balance Sheet for 2005 | | LFP 3439-3445 | |
| 158. | Hustler Cincinnati Cash Flow & Balance Sheet for 2005 | | LFP 3446 | |
| 159. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3447-3448 | |
| 160. | Hustler Cincinnati, Inc. FC1-P&L for 2005 | | LFP 3449-3452 | |
| 161. | Hustler Cincinnati Cash Flow & Balance Sheet for 2005 | | LFP 3453-3459 | |
| 162. | Hustler Cincinnati Cash Flow & Balance Sheet for 2005 | | LFP 3460 | |
| 163. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3461-3462 | |
| 164. | Hustler Cincinnati, Inc. FC1-P&L for 2005 | | LFP 3463-3466 | |
| 165. | Hustler Cincinnati Cash Flow & Balance Sheet for 2005 | | LFP 3467-3473 | |
| | | | |
| 166. | Hustler Cincinnati Cash Flow & Balance Sheet for 2005 | | LFP 3474 | |

| | | | |
|---|---|---|---|
| 167. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3475-3476 |
| 168. | Hustler Cincinnati, Inc. FC1-P&L for 2005 | | LFP 3477-3480 |
| 169. | Hustler Cincinnati Cash Flow & Balance Sheet for 2005 | | LFP 3481-3487 |
| 170. | Hustler Cincinnati Cash Flow & Balance Sheet for 2005 | | LFP 3488 |
| 171. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3489-3490 |
| 172. | Hustler Cincinnati, Inc. FC1-P&L for 2005 | | LFP 3491-3494 |
| 173. | Hustler Cincinnati Cash Flow & Balance Sheet for 2005 | | LFP 3495-3501 |
| 174. | Hustler Cincinnati Cash Flow & Balance sheet for 2006 | | LFP 3502 |
| 175. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3503-3504 |
| 176. | Hustler Cincinnati, Inc. FC1-P&L for 2005 | | LFP 3505-3508 |
| 177. | Hustler Cincinnati Cash Flow & Balance Sheet for 2005 | | LFP 3509-3515 |
| 178. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3516 |
| 179. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3517-3518 |
| 180. | Hustler Cincinnati, Inc. FC1-P&L for 2005 | | LFP 3519-3522 |
| 181. | Hustler Cincinnati Cash Flow & Balance Sheet for 2005 | | LFP 3523-3528 |
| 182. | Hustler Cincinnati Cash Flow & Balance Sheet for 2005 | | LFP 3529 |
| 183. | Hustler Cincinnati, Inc. Balance Sheet as of December 31, 2003 | | LFP 3530-3531 |
| 184. | Hustler Hollywood-Ohio, Inc. FC1-P&L 2005 | | LFP 3532-3533 |
| 185. | Hustler Hollywood-Ohio, Inc. FC1-P&G 2005 | | LFP 3534-3537 |
| 186. | Hustler Hollywood-Ohio, Inc. Cash Flow & Balance Sheet 2005 | | LFP 3538-3543 |
| 187. | Hustler Hollywood-Ohio, Inc. Cash Flow & Balance Sheet 2005 | | LFP 3544 |

| 188. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3545-3546 | |
| 189. | Hustler Cincinnati, Inc. FC1-P&L f or 2006 | | LFP 3547-3550 | |
| 190. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3551-3557 | |
| 191. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3558 | |
| 192. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3559-3560 | |
| 193. | Hustler Cincinnati, Inc. FC1-P&L for 2006 | | LFP 3561-3564 | |
| 194. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3565-3571 | |
| 195. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3572 | |
| 196. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3573-3574 | |
| 197. | Hustler Cincinnati, Inc. FC1-P&L for 2006 | | LFP 3575-3578 | |
| 198. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3579-3585 | |
| 199. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3586 | |
| 200. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3587-3588 | |
| 201. | Hustler Cincinnati, Inc. FC1-P&L for 2006 | | LFP 3589-3592 | |
| 202. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3593-3599 | |
| 203. | Hustler Cincinnati Cash Flow & Balance sheet for 2006 | | LFP 3600 | |
| 204. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3601-3602 | |
| 205. | Hustler Cincinnati, Inc. FC1-P&L for 2006 | | LFP 3603-3606 | |
| 206. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3607-3613 | |
| 207. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3614 | |
| 208. | Hustler Cincinnati, Inc. Profit & Loss | | LFP 3615-3616 | |

| | | | |
|---|---|---|---|
| | JanuaryoDecember 2003 | | |
| 209. | Hustler Cincinnati, Inc. FC1-P&L for 2006 | | LFP 3617-3620 |
| 210. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3621-3627 |
| 211. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3628 |
| 212. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3629-3630 |
| 213. | Hustler Cincinnati, Inc. FC1-P&L 2006 | | LFP 3631-3634 |
| 214. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3635-3641 |
| 215. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3642 |
| 216. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3643-3644 |
| 217. | Hustler Cincinnati, Inc. FC1-P&L for 2006 | | LFP 3645-3648 |
| 218. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3649-3655 |
| 219. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3656 |
| 220. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3657-3658 |
| 221. | Hustler Cincinnati, Inc. FC1-P&L for 2006 | | LFP 3659-3662 |
| 222. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3663-3669 |
| 223. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3670 |
| 224. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3671-3672 |
| 225. | Hustler Cincinnati, Inc. FC1-P&L for 2006 | | LFP 3673-3676 |
| 226. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3677-3683 |
| 227. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3684 |
| 228. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3685-3690 |

| 229. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3691-3697 | |
|------|-------------------------------------------------------|---|---------------|---|
| 230. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3698 | |
| 231. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3699-3704 | |
| 232. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3705-3711 | |
| 233. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3712 | |
| 234. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3713-3714 | |
| 235. | Hustler Cincinnati, Inc. FC1-P&L for 2006 | | LFP 3715-3718 | |
| 236. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3719-3725 | |
| 237. | Hustler Cincinnati Cash Flow & Balance Sheet for 2006 | | LFP 3726 | |
| 238. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3727-3728 | |
| 239. | Hustler Cincinnati, Inc. FC1-P&L for 2007 | | LFP 3729-3732 | |
| 240. | Hustler Cincinnati Cash Flow & Balance Sheet for 2007 | | LFP 3733-3739 | |
| 241. | Hustler Cincinnati Cash Flow & Balance Sheet for 2007 | | LFP 3740 | |
| 242. | Hustler Cincinnati, Inc. Profit &Loss January-December 2003 | | LFP 3741-3742 | |
| 243. | Hustler Cincinnati, Inc. FC1-P&L for 2007 | | LFP 3743-3746 | |
| 244. | Hustler Cincinnati Cash Flow & Balance Sheet for 2007 | | LFP 3747-3753 | |
| 245. | Hustler Cincinnati Cash Flow & Balance Sheet for 2007 | | LFP 3754 | |
| 246. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3655-3756 | |
| 247. | Hustler Cincinnati, Inc. FC1-P&L for 2007 | | LFP 3757-3760 | |
| 248. | Hustler Cincinnati Cash Flow & Balance Sheet for 2007 | | LFP 3761-3767 | |

| | | | |
|---|---|---|---|
| 249. | Hustler Cincinnati Cash Flow & Balance sheet for 2007 | | LFP 3768 | |
| 250. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3769-3770 | |
| 251. | Hustler Cincinnati, Inc. FC1-P&L for 2007 | | LFP 3771-3774 | |
| 252. | Hustler Cincinnati Cash Flow & Balance Sheet for 2007 | | LFP 3775-3781 | |
| 253. | Hustler Cincinnati Cash Flow & Balance Sheet for 2007 | | LFP 3782 | |
| 254. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3783-3784 | |
| 255. | Hustler Cincinnati, Inc. FC1-P&L for 2007 | | LFP 3785-3788 | |
| 256. | Hustler Cincinnati Cash Flow & Balance Sheet for 2007 | | LFP 3789-3795 | |
| 257. | Hustler Cincinnati Cash Flow & Balance sheet for 2007 | | LFP 3796 | |
| 258. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3797-3798 | |
| 259. | Hustler Cincinnati, Inc. FC1-P&L for2007 | | LFP 3799-3802 | |
| 260. | Hustler Cincinnati Cash Flow & Balance Sheet for 2007 | | LFP 3803-3809 | |
| 261. | Hustler Cincinnati Cash Flow & Balance Sheet for 2007 | | LFP 3810 | |
| 262. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3811-3812 | |
| 263. | Hustler Cincinnati, Inc. FC1-P&L for 2007 | | LFP 3813-3816 | |
| 264. | Hustler Cincinnati Cash Flow & Balance Sheet for 20070 | | LFP 3817-3823 | |
| 265. | Hustler Cincinnati Cash Flow & Balance sheet for 2007 | | LFP 3824 | |
| 266. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3825-3826 | |
| 267. | Hustler Cincinnati, Inc. FC1-P&L for 2007 | | LFP 3827-3830 | |
| 268. | Hustler Cincinnati Cash Flow & Balance Sheet for 2007 | | LFP 3831-3837 | |
| 269. | Hustler Cincinnati Cash Flow & Balance Sheet for | | LFP 3838 | |

| | | | |
|---|---|---|---|
| | 2007 | | |
| 270. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3839-3840 |
| 271. | Hustler Cincinnati, Inc. FC1-P&L for 2007 | | LFP 3841-3844 |
| 272. | Hustler Cincinnati Cash Flow & Balance Sheet for 2007 | | LFP 3845-3851 |
| 273. | Hustler Cincinnati Cash Flow & Balance Sheet for 2007 | | LFP 3852 |
| 274. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3853-3854 |
| 275. | Hustler Cincinnati, Inc. FC1-P&L for 2007 | | LFP 3855-3858 |
| 276. | Hustler Cincinnati Cash Flow & Balance Sheet for 2007 | | LFP 3859-3865 |
| 277. | Hustler Cincinnati Cash Flow & Balance Sheet for 2007 | | LFP 3866 |
| 278. | Hustler Cincinnati, Inc. Profit & Loss January-December 2003 | | LFP 3867-3868 |
| 279. | HH-Cincy Actual and Forecast November 2007 | | LFP 3869-3877 |
| 280. | HH-Cincy Actuals and Forecast B/S for November 2007 | | LFP 3878-3879 |
| 281. | HH-Cincy Actuals and Forecast B/S for November 2007 | | LFP 3880 |
| 282. | HH-Cincy Actuals and Forecast C/F for November 2007 | | LFP 3881-3883 |
| 283. | HH-Cincy Actual and Forecast P&L for December 2007 | | LFP 3884-3889 |
| 284. | HH-Cincy Actuals and Forecast B/S for December 2007 | | LFP 3890-3893 |
| 285. | HH-Cincy Actuals and Forecast for December 2007 | | LFP 3894-3897 |
| 286. | HH-Cincy Actual and Budget P&L for January 2008 | | LFP 3898-3903 |
| 287. | HH-Cincy Actuals and Forecast B/S for January 2008 | | LFP 3904-3911 |
| 288. | HH-Cincy Actuals and Forecast C/F for January 2008 | | LFP 3912-3915 |
| 289. | HH-Cincy Actual and Budget P&L for February 2008 | | LFP 3916-3921 |
| 290. | HH-Cincy Actuals and Budget B/s for February 2008 | | LFP 3922-3929 |

| | | | |
|---|---|---|---|
| 291. | HH-Cincy Actuals and Budget C/F for February 2008 | | LFP 3930-3933 |
| 292. | HH-Cincy Actual and Forecast P&L for March 2008 | | LFP 3934-3939 |
| 293. | HH-Cincy Actuals and Forecast B/S for March 2008 | | LFP 3940-3945 |
| 294. | HH-Cincy Actuals and Forecast C/F for March 2008 | | LFP 3946-3949 |
| 295. | HH-Cincy Actual and Forecast P&L for April 2008 | | LFP 3950-3955 |
| 296. | HH-Cincy Actual and Forecast B/S for April 2008 | | LFP 3956-3961 |
| 297. | HH-Cincy Actual and Forecast C/F for April 2008 | | LFP 3962-3965 |
| 298. | HH-Cincy Actual and Forecast P&L for May 2008 | | LFP 3966-3969 |
| 299. | HH-Cincy Actual and Forecast B/S for May 2008 | | LFP 3970-3975 |
| 300. | HH-Cincy Actual and Forecast C/F for May 2008 | | LFP 3976-3979 |
| 301. | HH-Cincy Actual and Forecast P&L for June 2008 | | LFP 3980-3985 |
| 302. | HH-Cincy Actual and Forecast B/S for June 2008 | | LFP 3986-3993 |
| 303. | HH-Cincy Actual and Forecast C/F for June 2008 | | LFP 3994-3997 |
| 304. | HH-Cincy Actual and Forecast P&L for July 2008 | | LFP 3998-4003 |
| 305. | HH-Cincy Actual and Forecast B/s For July 2008 | | LFP 4004-4011 |
| 306. | HH-Cincy Actual and Forecast C/F for July 2008 | | LFP 4012-4014 |
| 307. | HH-Cincy Actual and Forecast P&L for August 2008 | | LFP 4015-4018 |
| 308. | HH-Cincy Actual and Forecast B/S for August 2008 | | LFP 4019-4026 |
| 309. | HH-Cincy Actual and Forecast C/F for August 2008 | | LFP 4027-4030 |
| 310. | HH-Cincy Actual and Forecast P&L for September 2008 | | LFP 4031-4034 |
| 311. | HH-Cincy Actual and Forecast B/S for September 2008 | | LFP 4035-4042 |
| 312. | HH-Cincy Actual and Forecast C/F for September 2008 | | LFP 4043-4046 |
| 313. | HH-Cincy Actual and Forecast P&L for October 2008 | | LFP 4047-4050 |
| 314. | HH-Cincy Actual and Forecast B/S for October 2008 | | LFP 4051-4058 |
| 315. | HH-Cincy Actual and Forecast C/F for October 2008 | | LFP 4059-4062 |
| 316. | HH-Cincy Actual and Forecast P&L for November 2008 | | LFP 4063-4066 |
| 317. | HH-Cincy Actual and Forecast for November 2008 | | LFP 4067-4074 |
| 318. | HH-Cincy Actual and Forecast C/F for November 2008 | | LFP 4075-4078 |
| 319. | HH-Cincy Actual P&L for December 2008 | | LFP 4079-4082 |

| 320. | HH-Cincy Actual Balance Sheet for December 2008 | | LFP 4083-4086 | |
|------|--------------------------------------------------|--|----------------|--|
| 321. | HH-Cincy Actual Cash Flow for December 2008 | | LFP 4087-4091 | |
| 322. | HH-Cincy Actual and Budget P&L for January 2009 | | LFP 4092-4095 | |
| 323. | HH-Cincy Actual and Budget B/S for January 2009 | | LFP 4096-4099 | |
| 324. | HH-Cincy Actual and Budget C/F for January 2009 | | LFP 4100-4104 | |
| 325. | HH-Cincy Actual and Budget P&L for February 2009 | | LFP 4105-4108 | |
| 326. | HH-Cincy Actual and Budget B/S for February 2009 | | LFP 4109-4112 | |
| 327. | HH-Cincy Actual and Budget C/F for February 2009 | | LFP 4113-4116 | |
| 328. | HH-Cincy Actual and Forecast P&L for March 2009 | | LFP 4117-4120 | |
| 329. | HH-Cincy Actual and Forecast B/S for March 2009 | | LFP 4121-4124 | |
| 330. | HH-Cincy Actual and Forecast C/F for March 2009 | | LFP 4125-4129 | |
| 331. | HH-Cincy 2009 Budget P&L (Final) for December 2008 | | LFP 4130-4131 | |
| 332. | HH-Cincy 2009 Budget B/S (Final) for December 2008 | | LFP 4132-4139 | |
| 333. | HH-Cincy 2009 Budget C/F (Final) for December 2008 | | LFP 4140-4143 | |
| 334. | HH-Cincy 2009 Budget P&L (1st Pass) for September 2008 | | LFP 4144-4145 | |
| 335. | HH-Cincy 2009 Budget B/S (1st Pass) for September 2008 | | LFP 4146-4153 | |
| 336. | HH-Cincy 2009 Budget C/F (1st Pass) for September 2008 | | LFP 4154-4157 | |
| 337. | HH-Cincy 2009 Budget P&L (2nd Pass) for October 2008 | | LFP 4158-4159 | |
| 338. | HH-Cincy 2009 Budget B/S (2nd Pass) for October 2008 | | LFP 4160-4167 | |
| 339. | HH-Cincy 2009 Budget C/F (2nd Pass) for October 2008 | | LFP 4168-4171 | |
| 340. | Checkpoint Security Systems Group, Inc. CCTV Sales Order | February 6, 2007 | LFP 4250 | |
| 341. | Proposal for:  Hustler Cincinnati, OH | February 5, 2007 | LFP 4251 | |
| 342. | Checkpoint Security Group, Inc. CCTV Scope of Work (Work Order) | February 6, 2007 | LFP 4252-4255 | |
| 343. | Checkpoint Security Group, Inc. Digital Video Recorder Site Preparation Form | No Date | LFP 4256-4257 | |

| | | | |
|---|---|---|---|
| 344. | Copy of Check | Illegible | LFP 4258 | |
| 345. | Demand Note | October 1, 2003 | LFP 4259 | |
| 346. | Demand Note | October 1, 2003 | LFP 4260 | |
| 347. | Demand Note | October 1, 2003 | LFP 4261 | |
| 348. | Hustler Hollywood-Ohio, Inc. General Journal Transaction | December 2, 2003 | LFP 4262 | |
| 349. | Hustler Hollywood-Ohio, Inc. General Journal Transaction | December 31, 2003 | LFP 4263 | |
| 350. | Hustler Hollywood-Ohio, Inc. General Journal Transaction | December 31, 2004 | LFP 4264 | |
| 351. | Email from Allie Jackson III to Michael Cummings re: April 2009 Balance Sheets | May 20, 2009 | LFP 4265 | |
| 352. | Trademark Registrations and Assignments | Various Dates | LFP 4266-4395 | |
| 353. | Letter from James F. Simon to Amanda Lenhart re: BII Case # 2193 with attached photographs | September 22, 2010 | LFP 4396-4401 | |
| 354. | Letter from Thomas H. Candy to Mr. Allie Jackson re: Hustler Hollywood - Ohio Lease Agreement and Ohio License Agreement | July 23, 2001 | JRF 000752 | |
| 355. | License Agreement between LFP, Inc. and Hustler Hollywood-Ohio, Inc. | January 1, 2001 | HCI000341-346 | |
| 356. | Hustler Hollywood-Ohio, Inc. Transaction Detail By Account for December 1, 2000 through July 14, 2010 | July 14, 2010 | HCI000654-655 | |
| 357. | Letter from Thomas H. Candy to Allie Jackson re: Hustler Hollywood Ohio Lease Agreement and Ohio License Agreement | July 23, 2001 | Jackson Depo. Ex. 2 (JRF 000752; Candy Ex. 9) | |
| 358. | Hustler Hollywood-Ohio, Inc. Transaction Detail By Account | July 14, 2010 | Jackson Depo. Ex. 3 (HCI000654-655) | |
| 359. | Copies of Checks from Hustler Hollywood - Ohio, Inc. to L.F.P., Inc. | Various Dates in 2005 | Jackson Depo. Ex. 4 (LFP 2919-2924) | |
| 360. | Illegible Copy of Check and attached Demand Notes | October 1, 2003 | Jackson Depo. Ex. 5 | |
| 361. | Copies of Checks from HH-Entertainment, Inc. to | January 11, 2005 | Jackson Depo. | |

| | Jimmy Flynt | | Ex. 6<br>(LFP 3139-3141) | |
|---|---|---|---|---|
| 362. | Email from Allie Jackson III to Michael Cummings re: April 2009 Balance Sheets | May 20, 2009 | Jackson Depo. Ex. 7 | |
| 363. | Hustler Cincinnati, Inc. Vendor QuickReport | December 23, 2009 | Jackson Depo. Ex. 8 (HCI000648-653) | |
| 364. | Copies of Checks from Hustler Cincinnati, Inc. to L.F.P., Inc. | Various | Jackson Depo. Ex. 9 (LFP 2885-2918) | |
| 365. | Fax Confirmation - Copy of Check from Hustler Hollywood-Ohio, Inc. to L.F.P., Inc. | March 25, 2003 | Jackson Depo. Ex. 10 (LFP 2925-2927) | |
| 366. | Hustler Cincinnati, Inc. Vendor QuickReport for January 1, 2000 through December 23, 2009 | December 23, 2009 | HCI000648-653 | |
| 367. | Jimmy R. and Bernice Flynt U.S. Individual Income Tax Return 2001 | | JRF000827-833 | |
| 368. | Jimmy R. and Bernice Flynt U.S. Individual Income Tax Return 2002 | | JRF000834-839 | |
| 369. | Jimmy R. and Bernice Flynt U.S. Individual Income Tax Return 2003 | | JRF000840-856 | |
| 370. | Jimmy R. and Bernice Flynt U.S. Individual Income Tax Return 2004 | | JRF000857-866 | |
| 371. | Jimmy R. and Bernice Flynt U.S. Individual Income Tax Return 2005 | | JRF000867-883 | |
| 372. | Jimmy R. and Bernice Flynt U.S. Individual Income Tax Return 2006 | | JRF000884-894 | |
| 373. | Jimmy R. and Bernice Flynt U.S. Individual Income Tax Return 2007 | | JRF000895-906 | |
| 374. | Hustler Hollywood-Ohio, Inc. U.S. Income Tax Return 2000 | | HCI 000225-234 | |
| 375. | Hustler Hollywood-Ohio, Inc. U.S. Income Tax Return for an S Corporation 2001 | | HCI000303-313; Jackson Depo. Ex. 12 | |
| 376. | Hustler Hollywood-Ohio Inc. U.S. Income Tax | | HCI000378-385 | |

| | | | |
|---|---|---|---|
| | Return for an S Corporation 2002 | | | |
| 377. | Hustler Hollywood-Ohio Inc. U.S. Income Tax Return for an S Corporation 2003 | | HCI000400-408 | |
| 378. | Hustler Hollywood-Ohio Inc. U.S. Income Tax Return for an S Corporation 2004 | | HCI000435-446 | |
| 379. | Hustler Cincinnati Inc. U.S. Income Tax Return for 2000 | | HCI000282-291; Jackson Depo. Ex. 13 | |
| 380. | Hustler Cincinnati Inc. U.S. Income Tax Return for an S Corporation 2001 | | HCI000292-302 | |
| 381. | Hustler Cincinnati Inc. U.S. Income Tax Return for an S Corporation 2002 | | HCI000371-377 | |
| 382. | Hustler Cincinnati Inc. U.S. Income Tax Return for an S Corporation 2003 | | HCI000393-399 | |
| 383. | Hustler Cincinnati Inc. U.S. Income Tax Return for an S Corporation 2004 | | HCI000425-434 | |
| 384. | Hustler Cincinnati Inc. U.S. Income Tax Return for an S Corporation 2005 | | HCI000486-495 | |
| 385. | Hustler Cincinnati Inc. U.S. Income Tax Return for an S Corporation 2006 | | HCI000578-591 | |
| 386. | Hustler Cincinnati Inc. U.S. Income Tax Return for an S Corporation 2007 | | HCI000609-620 | |
| 387. | Modified Order of Permanent Injunction in U.S.D.C., C.D. CA, Case No. CV09-0048 AHM (RZx) | | D. Flynt Depo Ex. 1 | |
| 388. | Copy of front and back of Dustin Flynt Hustler Cincinnati Business Card | | D. Flynt Depo Ex. 2 | |
| 389. | Declaration of Dustin Flynt in U.S.D.C., C.D. CA, Case No. CV09-00048 AHM (RZx) | January 9, 2009 | D. Flynt Depo Ex. 3 | |
| 390. | Copies of Dustin Flynt excerpts from Facebook | | D. Flynt Depo. Ex 4 | |
| 391. | Stock Sale Agreement among HH-Entertainment, Inc., Jimmy Flynt, and Hustler Hollywood-Ohio, Inc. | December 15, 2004 | HCI000475-484 | |
| 392. | Hustler Books, Magazines and Gifts, Inc. U.S. Corporation Income Tax Return 1997 | | HCI000173-186; HCI000235-242 | |
| 393. | Hustler Books, Magazines and Gifts, Inc. Amended U.S. Corporation Income Tax Return 1998 | | HCI000195-209 | |

| | | | |
|---|---|---|---|
| 394. | Hustler Books, Magazines and Gifts, Inc. U.S. Corporation Income Tax Return 1999 | | HCI000210-217 |
| 395. | Hustler Books, Magazines and Gifts, Inc. U.S. Corporation Income Tax Return 2001 | | HCI000314-414 |
| 396. | Hustler Books, Magazines and Gifts, Inc. U.S. Corporation Income Tax Return 2002 | | HCI000386-389 |
| 397. | Hustler Books, Magazines and Gifts, Inc. U.S. Corporation Income Tax Return 2004 | | HCI000447-451 |
| 398. | Hustler Books, Magazines and Gifts, Inc. Ohio Corporation Franchise Tax Report 2000 | | HCI000218-223 |
| 399. | Hustler Books, Magazines and Gifts, Inc. Ohio Corporation Franchise Tax Report 2004 | | HCI000415-423 |
| 400. | Hustler Books, Magazines and Gifts, Inc. Ohio Corporation Franchise Tax Report 2005 | | HCI000452-460 |
| 401. | License Agreement between LFP, Inc. and Hustler Hollywood-Ohio, Inc. | January 1, 2001 | Jimmy Flynt Depo. Ex. 1 (Cummings Depo. Ex. 4; JRF000753-758) |
| 402. | Stock Sale Agreement among HH-Entertainment, Inc., Jimmy Flynt, and Hustler Hollywood-Ohio, Inc. | December 15, 2004 | Jimmy Flynt Depo. Ex. 2 (Klein Depo. Ex. 17; JRF 000812-822) |
| 403. | Copy of Check from HH-Entertainment, Inc. to Jimmy Flynt | January 11, 2005 | Jimmy Flynt Depo. Ex. 3 |
| 404. | Security Agreement among Jimmy Flynt, Larry Flynt and Hustler Magazine, Inc. | October 19, 1984 | Jimmy Flynt Depo. Ex. 4 |
| 405. | Copies of Checks from Hustler Cincinnati, Inc. to L.F.P., Inc. | Various Dates | Jimmy Flynt Depo. Ex. 6 (LFP 0016-0040) |
| 406. | Deposition of Jimmy Flynt in Commonwealth of Kentucky, Boone Circuit Court, Case No. 03-CI-00188 | June 3, 2003 | Jimmy Flynt Depo. Ex 7 |
| 407. | Jimmy Flynt Payroll/Benefits Records | | LFP 4402-4426; |

| | | | |
|---|---|---|---|
| | | LFP 4447-4451 | |
| 408. | Dustin Flynt Payroll Records | LFP 4427-4433; LFP 4434 | |
| 409. | CONFIDENTIAL: LFP Publishing Group, LLC computation of 734 Adjustment | | |
| 410. | Jimmy Flynt Facebook Pages | LFP 4435-4446 | |
| 411. | Summary of U.S. Patent & Trademark Office Records of HUSTLER mark | | |
| 412. | Organizational Chart of LFP, Inc. and Subsidiaries | | |
| 413. | Emails and attachments from Allie Jackson to Plaintiffs | LFPe 000001-856 | |