# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 19, 2012

Mr. Robert William Hojnoski
Reminger
525 Vine Street
Suite 1700
Cincinnati, OH 45202

Mr. Mark A. Vander Laan
Dinsmore & Shohl
255 E. Fifth Street
Suite 1900
Cincinnati, OH 45202

                        Re: Case No. 12-3881, *L.F.P.IP, LLC, et al v. Hustler Cincinnati, Inc., et al*
                             Originating Case No. : 1:09-cv-00913

Dear Counsel,

   This case has been docketed as case number **12-3881**. It will be held in abeyance until after the district court rules on pending motions (RE # 225), identified under Fed. R. App. P. 4(a)(4), and jurisdiction transfers to the Sixth Circuit Court of Appeals. Once this court has jurisdiction, the appeal will proceed in the normal course and you will receive additional instructions from the Clerk's office.

   In the meantime, you are strongly encouraged to read the Federal Rules of Appellate Procedure and Sixth Circuit Rules at www.ca6.uscourts.gov. If you are counsel for a party and have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF

system.  If you are representing yourself in this appeal, you will continue to file in paper and your pleadings will be scanned into the court's electronic docket.

               Sincerely yours,

               s/Linda M. Niesen
               Case Manager
               Direct Dial No. 513-564-7038

cc:  Mr. Mark G. Arnzen Jr.
  Clerk of the U.S. District Court for the Southern District of Ohio
  Mr. Shea W. Conley
  Ms. Amanda P. Lenhart
  Mr. Joshua A. Lorentz
  Ms. Carrie Masters Starts
  Mr. Robert M. Zimmerman

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 12-3881

L.F.P.IP, LLC; LFP, INC.; LARRY C. FLYNT

        Plaintiffs - Appellees

v.

HUSTLER CINCINNATI, INC.; JIMMY R. FLYNT

        Defendants - Appellants