Case No. 12-3881

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

L.F.P.IP, LLC; LFP, INC.; LARRY C. FLYNT

    Plaintiffs - Appellees

v.

HUSTLER CINCINNATI, INC.; JIMMY R. FLYNT

    Defendants - Appellants

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

        **ENTERED PURSUANT TO RULE 45(a),**
        **RULES OF THE SIXTH CIRCUIT**
        Deborah S. Hunt, Clerk

Issued: September 18, 2012

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 18, 2012

Mr. Robert William Hojnoski
Reminger
525 Vine Street
Suite 1700
Cincinnati, OH 45202

Mr. Mark A. Vander Laan
Dinsmore & Shohl
255 E. Fifth Street
Suite 1900
Cincinnati, OH 45202

Re: Case No. 12-3881, *L.F.P.IP, LLC, et al v. Hustler Cincinnati, Inc., et al*
Originating Case No. : 1:09-cv-00913

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Linda M. Niesen
Case Manager
Direct Dial No. 513-564-7038

cc: Mr. Mark G. Arnzen Jr.
    Clerk of the U.S. District Court for the Southern District of Ohio
  Mr. Shea W. Conley
  Ms. Amanda P. Lenhart
  Mr. Joshua A. Lorentz
  Ms. Carrie Masters Starts
  Mr. Robert M. Zimmerman

Enclosure

No mandate to issue