# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 30, 2013

Mr. John P. Hehman
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000

Re: Case No. 12-3132/13-3212, *L.F.P.IP, LLC, et al v. Hustler Cincinnati, Inc., et al*
Originating Case No. : 1:09-cv-00913

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Linda M. Niesen
Case Manager
Direct Dial No. 513-564-7038

cc: Mr. Robert William Hojnoski
    Ms. Amanda P. Lenhart
    Mr. Joshua A. Lorentz
    Ms. Carrie Masters Starts
    Mr. Mark A. Vander Laan
    Mr. Robert M. Zimmerman

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 12-3132/13-3212

_____

Filed: October 30, 2013

L.F.P.IP, LLC; LFP, INC.; LARRY C. FLYNT

    Plaintiffs - Appellees

v.

HUSTLER CINCINNATI, INC.; JIMMY R. FLYNT

    Defendants - Appellants

## MANDATE

  Pursuant to the court's disposition that was filed 08/28/2013 the mandate for this case hereby issues today.

COSTS:  None